ence granted for May 28, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

I. & B. COHEN, BOMZON CO., INC., v. BILTMORE WOOLEN CORPORATION.— Motion granted so far as to suspend the injunction order, on condition that the appellant procure the record on appeal to be filed so appeal can be argued or submitted on or before June 12, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAE L. BREARTON v. CORA E. DeWITT and Another.— Preference granted for May 28, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CAROL E. LeVAE v. DUFF & CONGER, INC.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RALPH CLARK.— Motion granted so far as to extend appellant's time to file the record on appeal to and including May 15, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

OSCAR HOENIG v. WILLIAM WITZEL.— Preference granted for June 2, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of NATHAN GORDON, an Attorney.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAMUEL A. TELSEY, Respondent, v. THE BOWERY SAVINGS BANK, Appellant, and CALVIN MORRIS CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAMUEL A. TELSEY, Respondent, v. THE BOWERY SAVINGS BANK, Appellant, and CALVIN MORRIS CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALBERT JOSEPHTHAL v. UNITED MOTION PICTURE VENDING MACHINE CORPORATION OF AMERICA and Others, Impleaded with JAMES B. HENNEY, Appellant. — Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALBERT JOSEPHTHAL v. UNITED MOTION PICTURE VENDING MACHINE CORPORATION OF AMERICA and Others, Impleaded with WILLIAM A. HYMAN, Appellant. — Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAX KOGAN, Respondent, v. FAIR WAIST AND DRESS CO., INC., and Others, Appellants. DAVID SCHWARTZ, Respondent, v. FAIR WAIST AND DRESS CO., INC., and Others, Appellants.—Appeals dismissed, without costs, solely on the ground that an ex parte order is not appealable. Defendants should have moved to set aside the orders. (Stewart v. Stewart, 127 App. Div. 672; Moore v. American Molasses Co., 179 id. 505; People ex rel. Bishop v. Bishop, 184 id. 227; Matter of Bean v. Stoddard, 207 id. 276.) Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. THE BANK OF UNITED STATES, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE B. WARNER, as Executor and Trustee of the Estate of GEORGE B. WARNER, Deceased, Appellant, v. JOHN F. DEMPSEY, Individually and as